PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Frankie Taylor

Cr.: 11-00452-006
PACTS #: 61510

Name of Sentencing Judicial Officer:     THE HONORABLE FREDA L. WOLFSON
CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/02/2013

Original Offense:     Counts One through Three: Conspiracy to Possess with Intent to Distribute Heroin
21 U.S.C. Section 846 (841(a) & (b)(1)(B), Class B felony

Original Sentence: 132 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Alcohol Treatment, Drug Treatment, Mental Health Treatment, Gang Associate/Member, Gang Restriction Court Ordered, Location Monitoring Program, Substance Abuse Testing, Alcohol Restrictions

Type of Supervision: Supervised Release               Date Supervision Commenced: 02/16/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On December 6, 2022, Mr. Taylor submitted a urinalysis sample that tested positive for cannabinoids (marijuana). |

U.S. Probation Officer Action:

On December 6, 2022, a random urinalysis was administered that tested positive for cannabinoids (marijuana). Mr. Taylor admitted to using marijuana on November 24, 2022. He also disclosed that he would be pursuing a medical marijuana card through his physician and the state of New Jersey. This officer informed Mr. Taylor of the continued federal prohibition related to the use and possession of marijuana and instructed him cease all drug use at this time. If Mr. Taylor obtains a medical marijuana card, that information will be forwarded to the Court for review.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Andrew E. Senatore*

By:   ANDREW E. SENATORE
Senior U.S. Probation Officer

Prob 12A – page 2
Frankie Taylor

/ as

APPROVED:

*Kevin M. Villa*                    12/13/2022
_____
KEVIN M. VILLA                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

_____
December 14, 2022
Date